# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **RONALD LEE GREEN,**<br>       **Plaintiff,**<br><br>v.<br><br>**C/O HAWKINS, et al.,**<br>       **Defendants.** | Civil Action No. 7:20-cv-00626<br><br>**MEMORANDUM OPINION**<br><br>By:  Glen E. Conrad<br>Senior United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered October 23, 2020, the court directed plaintiff to submit within 20 days from the date of the order a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period.  On November 23, 2020, the plaintiff returned the statement of assets form and the signed inmate account form.  However, the required six-month statements were not included.  On November 23, 2020, the court gave plaintiff one last opportunity to cure the deficiencies by providing the required inmate account statements for the six-months preceding the filing of the complaint, which would have been the months of April through September 2020.  Although plaintiff returned certain monthly statements on December 21, 2020, he did not submit a statement for the month of April, as required.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case

from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

    ENTER: This 22nd day of December, 2020.

/s/ Glen Conrad
Senior United States District Judge